UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAJELLA A. STURN,**

    **Plaintiff,**

v().                                                    Case No:  6:16-cv-1293-Orl-41GJK

**STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,**

    **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Remand (Doc. 6) and Defendant's Response and request for attorneys' fees and costs (Doc. 10). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 14), recommending that both the Motion to Remand and the request for fees and costs be denied.

After a *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Remand (Doc. 6) and Defendant's request for attorneys' fees and costs (Doc. 10) are **DENIED**.

3. Plaintiff's counsel is cautioned that no further untenable assertions will be countenanced, and repeated misconduct will be met with more than mere written admonishment.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2017.



Copies furnished to:

Counsel of Record